# EXHIBIT "A"

**WHITE AND WILLIAMS LLP**
BY:   Christopher Konzelmann
Identification No: 027971990
LibertyView | 457 Haddonfield Road, Suite 400 |
Cherry Hill, NJ  08002-2220
856.317.3600
Attorneys for Plaintiff, Lexington Insurance Company

---

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY as subrogee of UNION ELECTRIC STEEL CORPORATION | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - ESSEX COUNTY |
| Plaintiff, | DOCKET NO.: ESX-L-3116-14 |
| v. | CIVIL ACTION |
| RED HOOK CONTAINER TERMINAL, LLC | SUMMONS |
| Defendant. | |

**From The State of New Jersey To The Defendant Named Above:**

**RED HOOK CONTAINER TERMINAL, LLC**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey.  The complaint attached to this summons states the basis for this lawsuit.  If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you receive it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion  and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford to pay an attorney, you may call the Legal Services Office in the county where you live.  A list of these offices is provided.  If you do not have an attorney and are

not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the lawyer referral services. A list of these offices is provided.

Dated:        May 9, 2014                              //s// Michelle M. Smith, Esq.
                                                       Michelle M. Smith, Esq.
                                                       Office of the Superior Court Clerk


Name of Defendant to be served:        Red Hook Container Terminal, LLC
Address of Defendant to be served:     138 Marsh Street
                                       Port Newark, NJ 07114

13648019v.1

## Directory of Superior Court Deputy Clerk's Offices
## County Lawyer Referral and Legal Services Offices

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL: (609) 345-3444
LEGAL SERVICES: (609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL: (201) 488-0044
LEGAL SERVICES: (201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL: (609) 261-4862
LEGAL SERVICES: (800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL: (856) 964-4520
LEGAL SERVICES: (856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL: (609) 463-0313
LEGAL SERVICES: (609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL: (856) 696-5550
LEGAL SERVICES: (856) 691-0494

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL: (973) 622-6204
LEGAL SERVICES: (973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096
LAWYER REFERRAL (856) 848-4589
LEGAL SERVICES (856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House—1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL (201) 798-2727
LEGAL SERVICES (201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL (908) 735-2611
LEGAL SERVICES (908) 782-7979

-3-

13648019v.1

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL (609) 585-6200
LEGAL SERVICES (609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL (732) 828-0053
LEGAL SERVICES (732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL (732) 431-5544
LEGAL SERVICES (732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL (732) 240-3666
LEGAL SERVICES (732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL (973) 278-9223
LEGAL SERVICES (973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL (856) 935-5629
LEGAL SERVICES (856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL (908) 685-2323
LEGAL SERVICES (908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL (908) 353-4715
LEGAL SERVICES (908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL (973) 267-5882
LEGAL SERVICES (908) 475-2010

-4-

13648019v.1

Appendix XII-B1

| | | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|---|
| **CIVIL CASE INFORMATION STATEMENT** (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed | | PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| | | CHG/CK NO. |
| | | AMOUNT: |
| | | OVERPAYMENT: |
| | | BATCH NUMBER: |



| ATTORNEY / PRO SE NAME Christopher Konzelmann, Esquire | TELEPHONE NUMBER (215) 864-6334 | COUNTY OF VENUE Essex |
|---|---|---|
| FIRM NAME (if applicable) White and Williams LLP | | DOCKET NUMBER (when available) ESX-L 3116-14 |
| OFFICE ADDRESS LibertyView 457 Haddonfield Road, Suite 400 Cherry Hill, NJ 08002-2220 | | DOCUMENT TYPE Complaint |
| | | JURY DEMAND  ☒ YES   ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) Plaintiff | CAPTION Lexington Insurance Company as subrogee of Union Electric Steel Corporation v. Red Hook Container Terminal, LLC |
|---|---|
| CASE TYPE NUMBER (See reverse side for listing) 699 | HURRICANE SANDY RELATED? ☒ YES   ☐ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ☒ NO IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ Yes   ☒ No | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ Yes   ☒ No | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)   ☐ NONE   ☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ Yes   ☒ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☐ Yes   ☒ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

MAY - 1 2014

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES   ☒ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES   ☒ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 08-19-2013, CN 10517-English



**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

---

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151 NAME CHANGE
175 FORFEITURE
302 TENANCY
399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502 BOOK ACCOUNT (debt collection matters only)
505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
506 PIP COVERAGE
510 UM or UIM CLAIM (coverage issues only)
511 ACTION ON NEGOTIABLE INSTRUMENT
512 LEMON LAW
801 SUMMARY ACTION
802 OPEN PUBLIC RECORDS ACT (summary action)
999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305 CONSTRUCTION
509 EMPLOYMENT (other than CEPA or LAD)
599 CONTRACT/COMMERCIAL TRANSACTION
603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605 PERSONAL INJURY
610 AUTO NEGLIGENCE – PROPERTY DAMAGE
621 UM or UIM CLAIM (includes bodily injury)
699 TORT – OTHER

### Track III - 450 days' discovery
005 CIVIL RIGHTS
301 CONDEMNATION
602 ASSAULT AND BATTERY
604 MEDICAL MALPRACTICE
606 PRODUCT LIABILITY
607 PROFESSIONAL MALPRACTICE
608 TOXIC TORT
609 DEFAMATION
616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617 INVERSE CONDEMNATION
618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303 MT. LAUREL
508 COMPLEX COMMERCIAL
513 COMPLEX CONSTRUCTION
514 INSURANCE FRAUD
620 FALSE CLAIMS ACT
701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
| | | | |
|---|---|---|---|
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 288 | PRUDENTIAL TORT LITIGATION |
| 271 | ACCUTANE/ISOTRETINOIN | 289 | REGLAN |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 278 | ZOMETA/AREDIA | 291 | PELVIC MESH/GYNECARE |
| 279 | GADOLINIUM | 292 | PELVIC MESH/BARD |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 282 | FOSAMAX | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 284 | NUVARING | 296 | STRYKER REJUVENATE/ABG II MODULAR  HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 601 | ASBESTOS |
| 287 | YAZ/YASMIN/OCELLA | 623 | PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ **Putative Class Action**   ☐ **Title 59**

---

**WHITE AND WILLIAMS LLP**
BY:   Christopher Konzelmann
Identification No: 027971990
LibertyView | 457 Haddonfield Road, Suite 400 |
Cherry Hill, NJ 08002-2220
856.317.3600
Attorneys for Plaintiff,

---

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY as subrogee of UNION ELECTRIC STEEL CORPORATION | SUPERIOR COURT OF NEW JERSEY LAW DIVISION - ESSEX COUNTY |
| Plaintiff, | DOCKET NO.: L - 3116-14 |
| | CIVIL ACTION |
| v. | **COMPLAINT, JURY DEMAND, RULE 4:5-1 CERTIFICATION, AND TRIAL DESIGNATION** |
| RED HOOK CONTAINER TERMINAL, LLC | |
| Defendant. | |

Plaintiff, by way of complaint against the defendant, avers as follows:

1.     Plaintiff Lexington Insurance Company as subrogee of Union Electric Steel Corporation [Lexington] conducts business in the State of New Jersey and maintains offices at 175 Water Street, New York, New York.

2.     Defendant Red Hook Container Terminal, LLC [Red Hook] is a New York Corporation authorized to transact business in the State of New Jersey that maintains offices at 138 Marsh Street, Port Newark, New Jersey.

3.     Union Electric Steel Corporation delivered forged hardened steel rolls (steel rolls) used in cold rolling mills to the Red Hook facility between July 2012 and October 2012. The steel rolls were to be loaded on vessels and shipped to others.

4.     Red Hook took possession of and stored the steel rolls at its facility before loading and shipment.

13502502v.1

5.    Forecasters began predicting a significant storm would impact the Port Newark area in late October 2012.

6.    Despite predictions of the significant storm, Red Hook did not take fair and reasonable steps to ensure that the steel rolls were properly protected from the elements.

7.    Hurricane Sandy impacted the Port Newark area on or about October 29, 2012. The Hurricane caused significant flooding in the Port Newark area.  The flooding damaged and/or destroyed Union Electric's property.

8.    Lexington Insurance Company insured the Union Electric steel rolls.  Pursuant to the terms of Lexington's policy, the company would become subrogated to its insured's rights and claims against third parties responsible for causing a covered loss.

9.    Union Electric submitted a claim to Lexington seeking policy benefits for the damaged steel rolls.  Lexington accepted coverage and ultimately paid its insured $4,342,459.00.

10.    Lexington is subrogated to its insured's rights and claims against the third party responsible for the damage, the defendant in this litigation.

## COUNT ONE

11.    Plaintiff incorporates the allegations contained in the preceding paragraphs as if set forth at length.

12.    Union Electric delivered steel rolls to Red Hook for storage prior to shipment.

13.    There was a bailor/bailee relationship between Union Electric and Red Hook while Red Hood was storing the steel rolls.

14.    Red Hook owed a duty to exercise due and reasonable care while storing the steel rolls.

-2-

13502502v.1

15.   The Union Electric steel rolls were damaged while in Red Hook's care, custody, and control.

16.   Red Hook breached its duty to exercise due and reasonable care over Union Electric's property while in the company's care, custody, and control.

17.   Red Hook's breach of duty was a direct and proximate cause of the loss and resulting damage.

18.   Red Hook is liable for the damage to Union Electric's steel rolls under principles of bailment law.

WHEREFORE, plaintiff, as subrogee of its insured, demands judgment against the defendant for damages together with interest, attorneys fees, and cost of suit.

## COUNT TWO

19.   Plaintiff incorporates the allegations contained in the preceding paragraphs as if set forth at length.

20.   Union Electric delivered steel rolls to Red Hook for storage prior to shipment.

21.   Union Electric delivered the steel rolls to Red Hook in a good condition.

22.   The steel rolls were lost or damaged while in Red Hook's possession.

23.   Red Hook converted Union Electric's property while in its possession and control.

24.   Red Hook is liable to plaintiff for the conversion of the steel rolls.

WHEREFORE, plaintiff, as subrogee of its insured, demands judgment against the defendant for damages together with interest, attorneys fees, and cost of suit.

## JURY DEMAND

Plaintiff respectfully requests a trial by jury as to all issues presented in this matter.

13502502v.1

## CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, I hereby certify that this matter is not the subject of any other action pending in any other court or of a pending arbitration proceeding.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, Plaintiff hereby designates Christopher Konzelmann, Esquire as trial counsel in this matter.

**WHITE AND WILLIAMS LLP**
Attorneys for Plaintiff,

BY: _____
Christopher Konzelmann

Dated:  April 29, 2014

-4-

13502502v.1