CHRISTOPHER J. DiCICCO, ESQ.
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
*Attorneys for Defendant Red Hook Container Terminal, LLC*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005
(212) 376-6400

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------x
LEXINGTON INSURANCE COMPANY as
subrogee of UNION ELECTRIC STEEL
CORPORATION,

        Plaintiff,

- against –

RED HOOK CONTAINER TERMINAL,
LLC,
        Defendant.
---------------------------------------------------------x

Civil Docket No.:

CIVIL ACTION

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Red Hook Container Terminal, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

"NONE KNOWN TO EXIST"

Dated: New York, New York
       June 18, 2014

_____
CHRISTOPHER J. DiCICCO
Marshall, Dennehey, Warner, Coleman & Goggin
*Attorneys for Red Hook Container Terminal, LLC*
Wall Street Plaza - 88 Pine Street
New York, NY 10005-1801
(212) 376-6400

27/1895307.v1