UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY as subrogee of UNION ELECTRIC STEEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RED HOOK CONTAINER TERMINAL, LLC,<br><br>Defendant. | Civil Docket No. 14-3913-FSH-JBC<br><br>CIVIL ACTION |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(ii)**

The parties hereby stipulate and agree that the above entitled action is hereby dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) and without costs to either party.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** | **WHITE AND WILLIAMS LLP** |
| /s/ Daniel G. McDermott<br>By: Daniel G. McDermott<br>Wall Street Plaza<br>88 Pine Street, 21st Floor<br>New York, New York  10005-1801<br>212.376.6432<br>DGMcdermott@MDWCG.com | /s/ Christopher Konzelmann<br>By: Christopher Konzelmann<br>LibertyView | 457 Haddonfield Road<br>Suite 400 |<br>Cherry Hill, NJ  08002-2220<br>856.317.3600<br>konzelmannc@whiteandwilliams.com |
| Attorneys for Defendant, Red Hook Container Terminal, LLC | Attorneys for Plaintiff, Lexington Insurance Company as subrogee of Union Electric Steel Corporation |

Date: December 3, 2014

14586593v.1

-2-

## CERTIFICATE OF SERVICE

I, Christopher M. Windover, Esq., hereby certify that on December 3, 2014, I electronically filed the foregoing **Stipulation of Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii)** by using the Court's Case Management/Electronic Case Files ("CM/ECF") system.  Service will be accomplished by the CM/ECF system.

        **WHITE AND WILLIAMS LLP**

/s/ Christopher M. Windover
By: Christopher M. Windover
LibertyView | 457 Haddonfield Road
Suite 400 |
Cherry Hill, NJ  08002-2220
856.317.3600
windoverc@whiteandwilliams.com

Attorneys for Plaintiff, Lexington Insurance Company as subrogee of Union Electric Steel Corporation

Date: December 3, 2014

14586593v.1